**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DERICK PETERSEN,

        **Plaintiff,**

      **v.**                                              **CIVIL ACTION NO.: 1:26-cv-2408**

EXPERIAN INFORMATION
SOLUTIONS, INC.,

        **Defendant.**

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby removes Index No. CV-001112-26/KI currently pending in the Civil Court of the City of New York, County of Kings ("State Action") to the United States District Court for the Eastern District of New York. Removal of the State Court Action to this Court is proper for the following reasons:

### I.    PROCEDURAL HISTORY AND BACKGROUND

1.    On or about April 1, 2026, Plaintiff Paul Camarena ("Plaintiff") filed a Complaint (the "Complaint") in the Civil Court of the City of New York, County of Kings, styled *Derick Petersen v. Experian Information Solutions, Inc.,* Index No. CV-001112-26/KI.

2.    The Complaint was served upon Experian on April 3, 2026.

3.    Specifically, in the Complaint, Plaintiff brings claims arising from Experian's reporting of Plaintiff's credit data, which is regulated by the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*.

### II.    GROUNDS FOR REMOVAL

4.    Federal courts have original jurisdiction of all cases that arise under federal law, 28 U.S.C. § 1331, and such cases are explicitly within this Court's removal jurisdiction. *See* 28 U.S.C.

§ 1441(b) (providing that the courts have removal jurisdiction for any action in which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States).

5.      FCRA is a federal statute, and the basis of Plaintiff's claims is that Experian committed violations of this statute.

6.      Experian's position is that it did not violate any federal or state law as it relates to Plaintiff.

7.      The party's claims and defenses thus rest in part on an interpretation of 15 U.S.C. § 1681 *et seq*. Therefore, this case explicitly concerns federal law.

### III.    **COMPLIANCE WITH STATUTORY REQUIREMENTS**

8.      In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Experian from the State Court Action are attached hereto as **Exhibit A**.  Upon information and belief, no other related process, pleadings, or orders have been served upon Experian.

9.      This Notice is being filed within 30 days after Experian's receipt of a copy of the initial pleading setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. § 1446(b).

10.     Upon review of the Court's electronic filing system, no previous Notice of Removal has been filed or made with this Court for the relief sought herein.

11.     The United States District Court for the Eastern District of New York is the federal judicial district encompassing the Civil Court of the City of New York, County of Kings, where this suit is currently pending.  Venue is therefore proper under 28 U.S.C. § 1441(a).

12.     Pursuant to the provisions of 28 U.S.C. § 1446(d), Experian will promptly file a copy of this Notice of Removal with the Clerk of the Civil Court of the City of New York, County of Kings, and will serve a copy upon Plaintiff.  A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

13.     Accordingly, pursuant to 28 U.S.C. §§ 1331 and 1441, the present lawsuit may be removed from the Civil Court of the City of New York, County of Kings and brought before the United States District Court for the Eastern District of New York.

### IV.     RESERVATION OF RIGHTS

14.     Experian denies any and all allegations contained in Plaintiff's Complaint or in any other filing in the State Court Action, and files this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in its favor in either state or federal court.

15.     Further, in making the allegations in this Notice of Removal, Experian does not concede in any way that the allegations in the Complaint are properly raised against Experian, that Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amounts sought is authorized or appropriate.

16.     Experian reserves the right to amend or supplement this Notice of Removal.  And, in this regard, if any questions arise as to the propriety of the removal of the State Court Action, Experian expressly requests the opportunity to present a brief, oral argument, and/or any further evidence necessary in support of its position that this action is removable.

WHEREFORE, having met all the requirements for removal, Defendant Experian Information Solutions, Inc. respectfully removes this case from the Civil Court of the City of New

York, County of Kings to the United States District Court for the Eastern District of New York,

and seeks whatever further relief this Court deems equitable and just.


Dated: April 22, 2026                     *s/ Brenna J. McGill*
                                          Brenna J. McGill
                                          Brenna.mcgill@troutman.com
                                          TROUTMAN PEPPER LOCKE LLP
                                          875 Third Avenue
                                          New York, NY 10022
                                          Telephone: 213.928.9852


                                          *Counsel for Defendant Experian*
                                          *Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2026, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing all

CM/ECF participants. I further certify that a copy was served upon the following by U.S. Mail.

Derick Petersen
1381 E 48th Street
Brooklyn, NY  11234
*Pro se plaintiff*

/s/ Brenna J. McGill
Brenna J. McGill

*Counsel for Defendant Experian*
*Information Solutions, Inc.*

5

328142986