# Exhibit A

![Wolters Kluwer]

## Service of Process Transmittal Summary

**TO:**      Tom Le
Experian
475 ANTON BLVD BLDG D
COSTA MESA, CA 92626-7037

**RE:**      **Process Served in New York**

**FOR:**     Experian Information Solutions, Inc.  (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Derick Petersen vs. Experian Information Solutions, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Verified Complaint, Attachment |
| **COURT/AGENCY:** | Kings County - Civil Court, NY<br>Case # CV00111226KI |
| **NATURE OF ACTION:** | Plaintiff demands judgment against Defendant in the amount of $50,000 |
| **PROCESS SERVED ON:** | C T Corporation System, New York, NY |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/03/2026 at 14:57 |
| **JURISDICTION SERVED:** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after such service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Derick A. Petersen<br>1381 E 48th Street<br>Brooklyn, NY 11234 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/06/2026, Expected Purge Date: 04/11/2026<br><br>Image SOP<br><br>Email Notification,  April Williams  april.williams@experian.com<br><br>Email Notification,  Francesca Di Iorio  francesca.diiorio@experian.com<br><br>Email Notification,  Tom Le  marina.velardi@experian.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |



**CT Corporation**
**Service of Process Notification**
04/03/2026
CT Log Number 551829046

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**            Fri, Apr 3, 2026
**Server Name:**     NY-NYC DROPOFFPROCESSSERVER

| Entity Served | EXPERIAN INFORMATION SOLUTIONS, INC. |
|---|---|
| Case Number | CV00111226KI |
| Jurisdiction | NY |

| Inserts | | |
|---|---|---|
| | | |



# Civil Court of the City of New York
**County of Kings**

Index Number: **CV-001112-26/KI**

---

Derick Petersen

        Plaintiff(s)

-against-

Experian Information Solutions, Inc.

        Defendant(s)

---

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE: Where Cause of Action Arose

Plaintiff's Residence Address (s) :
Derick Petersen
1381 E 48th Street
Brooklyn, NY 11234

To the named defendant (s)

Experian Information Solutions, Inc. (Defendant), at c/o CT Corporation System, 28 Liberty Street, New York, NY 10005

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Kings at the office of the Clerk of the said Court at **141 Livingston Street** in the **County of Kings, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk;   upon your failure to answer, judgment will be taken against you for the total sum of $50,000.00 and interest   as detailed below. Plaintiff's   work sheet may be attached for additional information   if deemed necessary by the clerk.

Date:April 1, 2026

Tanya Faye, Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:    **Other for $50,000.00 with interest from 03/01/2023**

***\*NOTE TO THE DEFENDANT***

*A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within **TWENTY** days after such service; or*

*B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*

*C) Following CPLR 321(a) corporations must be represented by an attorney.*

*\* NOTE TO THE SERVER OF THE SUMMONS*

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME:
PRINT NAME:         Derick Petersen

For Information, answer forms and to track court dates, go to *WWW.NYCOURTS.GOV/NYCCIVIL*

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF KINGS**

**DERICK A. PETERSEN,**
Plaintiff,

-against-

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
Defendant.

## VERIFIED COMPLAINT

Plaintiff, Derick A. Petersen, appearing pro se, alleges as follows:

1. Plaintiff resides in Kings County, New York.

2. Defendant Experian Information Solutions, Inc. is a consumer reporting agency doing business in New York.

3. This Court has jurisdiction because Plaintiff seeks money damages not exceeding $50,000.

4. Plaintiff previously disputed inaccurate and misleading information being reported by Defendant on Plaintiff's consumer credit file.

5. Among other issues, Defendant reported the same American Express account twice on Plaintiff's credit report, which overstated Plaintiff's liabilities and made Plaintiff's credit profile appear worse than it actually was. The February 25, 2026 Experian report shows the same AMEX account number ending 2443 listed twice with the same $3,961 balance.

6. Plaintiff gave Defendant notice of the reporting problem, but Defendant failed to correct it promptly.

7. During the period the inaccurate reporting remained, Plaintiff was seeking credit.

8. On November 25, 2025, Wells Fargo denied Plaintiff's credit application based in whole or in part on information from Experian and used an Experian score of 506.

1

9. Plaintiff suffered actual harm, including denial of credit, damage to credit standing, and being forced into less favorable credit conditions.

10. After dispute and litigation, Defendant later removed the duplicate American Express reporting, confirming that the report had not been maintained in the condition in which it should have appeared when creditors were reviewing Plaintiff. The later March 21, 2026 report shows only two AMEX accounts rather than the three shown on February 25, 2026.

11. Defendant also reported other internally inconsistent information on Plaintiff's file, including a BMW Financial account shown as "Paid, Closed/Never late" while also stating "Redeemed repossession," further demonstrating that Plaintiff's file was unreliable.

12. As a direct and proximate result of Defendant's conduct, Plaintiff suffered damages.

**WHEREFORE**, Plaintiff demands judgment against Defendant in the amount of **$50,000**, together with costs and such other relief as the Court deems just and proper.

Dated: April 1st, 2026
Brooklyn, New York

**Derick A. Petersen**

**Verification**

I, Derick A. Petersen, am the Plaintiff in this action. I have read the foregoing complaint and know the contents thereof. The same is true to my own knowledge, except as to matters stated on information and belief, and as to those matters I believe them to be true.

Dated: April 1st, 2026
Brooklyn, New York

Civil Court of the City of New York
County of Kings _____    Index no: CV-001112-26/KI

Derick Petersen
          Plaintiff(s)    Affirmation of Service of
   -against-    Summons with Endorsed
Experian Information Solutions, Inc.    Complaint
        Defendant(s)    (Personal and Corporate)

State of New York, County of _____ss:

_____, hereby affirms, deposes and says:
            (Name of Server)

I am over 18 years of age and **not a party** to this action.

At _____,AM/PM, on _____ at _____
    (Time)          (Date)            (Address)

in the County of _____, City/State of New York, I served the attached
         (Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on _____
                             (Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

_____ who is:
   (Name of actual person with whom the SUMMONS was left)

[] The said defendant in person,
     or,
[]  known  to me to be the _____ of the _____
                  (Title)             (Corporation/Partnership)

| Perceived Description of Individual Served in Person: | | |
| --- | --- | --- |
| Gender: _____ | Race: _____ | Color of Hair: _____ |
| Approximate Age: _____ | Approximate Weight: _____ | Approximate Height: _____ |

I affirm this ____ day of _____, 20____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Printed Name: _____    Signature: _____