Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com



**Brenna McGill**
D 213.928.9852
brenna.mcgill@troutman.com

May 28, 2026

**VIA ECF**

Hon. Joseph A. Marutollo
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Petersen v. Experian Information Solutions, Inc*., case no. 1:26-cv-02408-LDH-JAM**
**Experian's Response to Order to Show Cause**

Dear Judge Marutollo:

The undersigned represents Defendant Experian Information Solutions, Inc. ("Experian") in the above-entitled case and submits this correspondence in response to the Court's May 28, 2026, order to show cause for failure to appear at the May 28, 2026 initial conference.

Counsel dialed the conference call line at 11:00 a.m. this morning and waited on the line for approximately five minutes before the line disconnected. Upon disconnecting, Counsel realized the initial conference was scheduled for 10:30 a.m. and not 11:00 a.m.



Counsel regrets the error and apologizes to the Court for the oversight. Counsel has participated in this action to date, including by conferring with Plaintiff on the joint report and Plaintiff's request to continue the initial conference, and intends to continue such participation.

Sincerely,

TROUTMAN PEPPER LOCKE LLP

*/s/ Brenna J. McGill*
Brenna McGill

cc:     Derek Petersen