Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com



**Brenna McGill**
D 213.928.9852
brenna.mcgill@troutman.com

June 2, 2026

**VIA ECF**

Hon. Joseph A. Marutollo
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Petersen v. Experian Information Solutions, Inc.*, case no. 1:26-cv-02408-LDH-JAM
         Experian's Response to Order to Show Cause

Dear Judge Marutollo:

The undersigned represents Defendant Experian Information Solutions, Inc. ("Experian") in the above-entitled case and submits this correspondence in support of its request for a 21-day extension of time to respond to Plaintiff's Amended Complaint.

On May 21, 2026, Plaintiff filed a First Amended Complaint. *See* Dkt. No. 13. Experian's responsive pleading is currently due June 4, 2026.

The undersigned counsel is in the process of substituting out of this case, with new counsel expected to file a notice of appearance this week. Counsel advised Plaintiff of this and requested a 21-day extension of time, to June 25, 2026, so that new counsel could prepare and file the responsive pleading. Plaintiff consented to the requested extension. This request is made in good faith and not for purposes of delay, and will not affect any other deadlines in this matter.

Sincerely,

TROUTMAN PEPPER LOCKE LLP

*/s/ Brenna J. McGill*
Brenna McGill

cc:     Derek Petersen